922

No. 97-9035. TICE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97-9040. CAMINERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-9041. BOWENS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97-9043. HOLT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97-9044. GIBSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97-9045. HONEYCUTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-9047. ELLIOTT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97-9066. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97-9067. MULLENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-9072. BELTRAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-9074. CARDENAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-1435. DONG v. SMITHSONIAN INSTITUTION, HIRSHHORN MUSEUM AND SCULPTURE GARDEN. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 97-1632. MCDANIEL, WARDEN, ET AL. v. GALLEGO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97-1650. CHAMPION, WARDEN, ET AL. v. SACK. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.